**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KAREN WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 20-208 |
| CITY LIGHTING PRODUCTS COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## <u>ORDER OF COURT</u>

AND NOW, this 30th day of April, 2021, the Court having granted the Motion for Summary Judgment filed by Defendant City Lighting Products Company,

IT IS HEREBY ORDERED that judgment is entered in favor of Defendant and against Plaintiff as to all claims set forth in the Complaint; and

IT IS FURTHER ORDERED that as there are no remaining claims in this action, the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.